# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee
Nashville Division

Drew Allen Roden

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Eddie Farris ("See Attached")

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Drew Allen Roden
All other names by which you have been known:
ID Number: 138822
Current Institution: Putnam County Jail Corrections Divison
Address: 421 East Spring Street
Cookeville, TN 38501
City / State / Zip Code

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Sherieff Eddie Farris
Job or Title (if known): Sherieff Putnam Canty
Shield Number:
Employer: Putnam County Sherieffs Department
Address: 421 East Spring Street
Cookeville, TN 38501
City / State / Zip Code
[ ] Individual capacity [X] Official capacity

Defendant No. 2
Name: Lt. Kirk VUCan
Job or Title (if known): Lt. Putnam County Jail Corrections
Shield Number:
Employer: Putnam County Jail Corrections Divison
Address: 421 East Spring Street
Cookeville, TN 38501
City / State / Zip Code
[X] Individual capacity [ ] Official capacity

Page 2 of 11

Defendant No. 3
    Name: Phil Arms
    Job or Title *(if known)*: Assistant Jail Administration
    Shield Number:
    Employer: Putnam County Jail Corrections Division
    Address: 421 East Spring Street
    City: Cookeville, State: TN, Zip Code: 38501
    [X] Individual capacity  [ ] Official capacity

Defendant No. 4
    Name: Joshua Hull
    Job or Title *(if known)*: SGT. County Sheriff Deputy
    Shield Number:
    Employer: Putnam County Sheriff's Department
    Address: 421 East Spring Street
    City: Cookeville, State: TN, Zip Code: 38501
    [ ] Individual capacity  [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Amendments, 14th Amendments

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

"See Attached" (Page 2)

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☒ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

"See Attached"

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

"See Attached"

C. What date and approximate time did the events giving rise to your claim(s) occur?

@ 1:00pm - 1:30 pm

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Was placed in Solitary Confinement due to my sexual orientation where the jail gives you a thin yoga mat to sleep on which caused severe back pain that requires surgery to fix and have severe mental health conditions that require attention due to the cruel and unusal punishment.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Have PTSD or Post Traumatic Stress Disorder Seizaures due to the cruel treatmeant of jail staff and Sheriff Eddie Farris

Severe Back that requires surgery to fix

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am requesting money damages in the amount of $100,000 dollars so I can get my back fixed that was caused by the jail staff that Eddie Farris Hired through the putnam County Jail Corrections divison.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Putnam County Jail - Cookeville, TN

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All Claims that are mentioned in Statement of Claims. Attached Sheet-

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Putnam County jail

2. What did you claim in your grievance?

   Violation of stated civil rights as well as conditions of confinement.

3. What was the result, if any?

   There still hasn't been a result other than deboarding us for 71 hours when claims like these are brought up to jail staff/Adminstrators.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I did not appeal the decision due to harsher punishments and loss of priveledges.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

"See Attached Page"

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Case 2:25-cv-00030   Document 1   Filed 04/28/25   Page 9 of 20 PageID #: 9

Page 9 of 11

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04-22-2025

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Drew Allen Roden
Prison Identification #: 138822
Prison Address: 421 East Spring Street
Cookeville, TN 38501

B. **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____

"See Attached" Names Of Defendants

1. Sherieff Eddie Farris
2. Lt. Kirk Vucan
3. Assistant. Jail Adminstration phil Arms.
4. Joshua Hull - ~~Sergeant~~ SGT.

# ①. Statement Of Claim ("page 4 of 11")

On or about ~~January~~ January 27, 2025 to Febuary 27, 2025 in the Middle District of TN @ 1:30pm I was taken from pod Delta Cell 42 and placed in SP-Cell #1 and placed on Administrative PC (Protective Custody). Assistant jail Administrator phil Arms Came back to Sp-Cell #1 and explained why I was placed in Soilatary Confinement due to my Sexual Orientation with me being part of the LGBTQ+ Community. He Phil Arms Stated that it was due to everyone Safety that Was in pod Delta So I wouldn't hurt anybody else. I am Suing the Attached Defendants in this lawsuit for violations of my civil rights as well as Discrimination from jail Staff. I was placed on Comminsarry Restrictions per request from Sherieff Eddie Farris and Was Not giving an explanation as to Why I was placed on Comminsarry Restrictions and placed Multiple Grievances and request forms trying to figure out why I was placed on these Restrictions. 4-17-25 @ 1:00pm jail Staff Brought in Drug K-9 Dogs into pod Delta and placed everyone on the Walls and was Very Disrespectful to everyone

②

also was cussing and hollering at us.

Section D | The Defendants acted under color of state or local law by unlawfully placing me in solitary confinement for my sexual orientation and unlawfully strip searching me while laughing at me. Also refuses me outdoor Rec to where sunlight is needed. Refuses to do laundry on laundry schedule Days as well as cleaning supplies to keep cells clean for healthy and safe living conditions. Also Denies us Reading materials such as Books when every other pod recieves Book Cart. We also Get denied Access to law library or programs to help us for when we get released from our incarceration or to help us with our pending Criminal Cases. I'm asking the Court today if the relief damages gets denied as Moot, I would like to put in a Transfer to another County jail that houses pretrial Detainees so I can get access to programs that will help me live a productive life once released from my incarceration. When Federal inmates come back from Federal District Court we have to sit in a dry cell with No running water and no flushible toilet for 24 hours or sometimes more than 24 hours with no mats, No water, No flushible toilet and that causes me severe back Pain we also recieve No blankets to cover up with and get treated in human when asked to get some water to drink or a toilet flushed.

Proceeed to page 3

③ We also have to sit and smell other inmates poop and pee and have to sit in a dry cell with other peoples poop and blood smeared on the walls which is inhuman. When you ask Correctional Deputies or address these issues to them they threaten to Deboard us with lost of Priveledges, and or put us in Solitary Confinement Cells for more than 24 hours. I have exhausted multiple Grievances and multiple request forms about these issues and don't hear anything back from the Grievances or request for months at a time. And Once they respond to these issues they either say I will address this issue or foward this issue to someone that has jursidiction on that particular Department and nothing gets Done about these specific issues. I also wrote Sheriff Eddie Farris about me being placed on Comminsary Restrictions and as to what the reasons where and never recieved a Response back from him. I also written multiple letters exhausting my concerns to about the Conditions of Confinement for all Federal Detainees as well as State and County Detainees. With No Luck Recieved No response back on that Note either. I have Tried to Exhaust my remedies and Seems not to do anything. My only option Now is to Bring this legal Action up in Cart. I warned jail staff of these issues and told them I will be required to take legal Action if issues or my

④ Concerns where Not addressed Accordingly. So Now I am asking the Federal District Court to have Mercy and realize the Concerns as we and other Federal Inmates are going through here at the putnam County jail. As well as The state and County inmates. I have Multiple witnesses to collaborate my story as well as County and State and local and County inmates. Whenever Needed Can Call upon Witnesses or give The District Court Witness Statements upon request if Needed. To help make this process a lot easier. These are Not just My Rights being violated it is other Federal Inmates and County State and local Inmates as well. We get denied Religious activities Such as church and once we receive Bibles the jail Staff takes them and we have to request another one, but Sometimes we Cannot do that Because we Can Only get one every 120 days So I have been without a bible Since I was thrown into an sp-cell Solitary Confinement and told I was a Sinner and couldn't have one. I also addressed this in My Court hearing on Feberary 12, 2025 to the District Judge Eli Richardson. And Nothing has been done about these issues. The jail Staff has denied me access to write or Correspond with My Attorney and Filed a Grievance on these issues

(5) And was giving a Generic Response stating "I will look into this issue." and was not taking out of Solitary Confinement until I responded back stating they where violating my civil rights as an inmate and that is when I was taken out of SP-Cell. 5 days later after that I submitted that response. I was removed and taken back to Unit Delta and placed in Cell number 58 and was still left on Admin. PC for 2 weeks and had a lost of priveledges and was sometimes Denied Recreation time to where I couldn't have the same priveledges as any other inmate had or has. There was also times when I had blood or hair in my food and pushed the Emeregency Button to where I could get another Tray and Lt. Kirk Vucan denied me a Tray on multiple occasions where we got into a heated argument that was started by Lt. Vucan which in the end he brought me a tray after I stated that he was required to bring me another Tray. The Putnam County jail will lock people down and deny them recreation time and access to the legal Law Library for 71 hours which is 3 days. I have been suffering from mental health crisis as well as Back pain that requires Surgery. The jail staff also violated a right by using unenecessary use of force during Shake downs and cell searches.

⑥ by dogs (K-9) coming in our 2 man cells and eating or taking comminsarry purchased items that are still in the orginal containers to where we will have to spend more money on comminsarry items. I am seeking a $100,000 dollar in damages as well as a Transfer out of the putnam county jail and away from jail staff who or causing serious harm and denying Recreational Time as well as legal Law Library Time. I am asking the court to consider my lawsuit and Transfer as well.
Please and Thank You.
Drew Allen Roden
421 East Spring Street.
Cookeville, TN 38501
Federal Inmate
Case No. 1:23-Cr-00001-1
District judge: Eli Richardson
Attorney ~~scribbled out~~
Jerry Gonzalez, PLC Rockvale, TN 37153

Drew A. Roden
etc p/n: 138822
421 East Spring Street
Cookeville, TN 38501

RECEIVED
APR 28 2025
US DISTRICT COURT
MID DIST TENN

NASHVILLE TN 370
24 APR 2025 PM 6 L

United States District Court (Legal-Mail)
719 Church Street, Suite 1300
Nashville, TN 37203

Legal - Mail - Court - Documents